IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERALD L. HICKMAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 16-308-LPS-SRF |
| A.W. CHESTERTON COMPANY, ET AL., | : |
| Defendants. | : |

### ORDER

At Wilmington this 21st day of **November, 2017.**

WHEREAS, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 202) on October 2, 2017;

WHEREAS, the Report and Recommendation recommends that the Court GRANT Defendants' motions for summary judgment (D.I. 140, 142, 144, 145, 151, 153, 158, 160, 163, and 192).

WHEREAS, no objections to the Report and Recommendation were filed;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Fallon;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 202) is **ADOPTED** and Defendants' motions for summary judgment (D.I. 140, 142, 144, 145, 151, 153, 158, 160, 163, and 192) are **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE